IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CR. NO. 04-20068-Ml |
| | ) |
| CALVIN JONES | ) |
| | ) MOTION GRANTED |
| | ) |
| Defendant. | ) JON P... |
| | ) U.S. DISTRICT |
| | ) |

DATE

MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the United States of America, by and through Terrell L. Harris, United States Attorney and Leonard E. Lucas III, Assistant United States Attorney for the Western District of Tennessee, and respectfully moves the Court for an Order Continuing the Sentencing Hearing in this cause, and in support of which would show the following to the Court:

1. The hearing is currently set for April 20, 2005 at 8:45 A.M.;

2. The United States respectfully requests that this hearing be continued. Counsel for the United States will be out of the office from April 18, 2005 to April 21, 2005.

3. The attorney for the United States has communicated with defense counsel Jake Erwin, and defense counsel has no objection to the continuance.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-19-05

MOTION GRANTED

Reset to Monday, Ap 25, 2005 at 8:45 AM

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

April 18, 2005
DATE

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully moves the Court for a continuance of the sentencing hearing in this cause.

Respectfully submitted,

TERRELL L. HARRIS
UNITED STATES ATTORNEY

By: *[signature]*

Leonard E. Lucas III
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, Tennessee 38103
(901) 544-4231
(Tennessee No. 20184)

## CERTIFICATE OF SERVICE

I, Leonard E. Lucas III, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Response of the United States has been mailed, first class postage pre-paid, to Jake Erwin, Attorney at Law, 200 Jefferson Avenue, Suite 1313, Memphis, TN 38103.

This 13 day of April, 2005.

*[signature]*

LEONARD E. LUCAS III
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:04-CR-20068 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT